PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 01, 2021
SEAN F. McAVOY, CLERK

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Jesse Lee Johnson** ) | Case No.1:20-cr-02030-SMJ-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

On November 23, 2020, Mr. Johnson appeared before the Honorable Mary K. Dimke, United States Magistrate Judge for a detention hearing. Mr. Johnson was released onto pretrial supervision with conditions to include location monitoring with curfew. Based on Mr. Johnson's compliance since his release, this officer respectfully requests the removal of special condition number 10 and special condition number 11.

**Removal of the following special conditions:**

Special Condition #10 (ECF. 57): GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office.

Special Condition #11 (ECF. 57): Curfew: Defendant shall be restricted to Defendant's approved residence every day from 9:00 p.m. to 6:00 a.m.

Mr. Johnson consents to the modification of his release conditions and agrees to abide by his remaining pretrial release conditions.

| _/s/ Jesse Johnson_ | 26 Feb 2021 | _/s/ Linda Leavitt_ | 2/25/2021 |
|---|---|---|---|
| Signature of Defendant | Date | United States Probation Officer | Date |
| Jesse Lee Johnson | | Linda J. Leavitt | |

*I, Gregory L. Scott, hereby affirm that Mr. Jesse Lee Johnson agreed by phone on 26 Feb 2021 that I could sign his name for him on this document.*

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       26 FEB 2021
Signature of Defense Counsel          Date

Gregory Lee Scott

---

                                                                3/1/2021
[X]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____       3/1/2021
Signature of Judicial Officer         Date

The Honorable Mary K. Dimke
United States Magistrate Judge