PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Lee Johnson                Case Number: 0980 1:20CR02030-EFS-3

Address of Offender:                    Selah, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 25, 2022

Original Offense:     Accessory After the Fact - Carjacking, 18 U.S.C. §§ 2119 and 3

Original Sentence:    Prison - 6 days                Type of Supervision: Supervised Release
                      Term of Supervised Release -
                      36 months

Asst. U.S. Attorney:  Richard Burson                 Date Supervision Commenced: October 25, 2022

Defense Attorney:     Gregory Lee Scott              Date Supervision Expires: October 24, 2025

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 24, 2023.

On November 9, 2022, supervised release conditions were reviewed and signed by Mr. Johnson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #5**: You must abstain from the use of illegal substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Johnson is alleged to be in violation of his supervised release conditions for consuming a controlled substance, methamphetamine, on or about January 17, 2023. |
|   | On January 17, 2023, this officer made telephone contact with Mr. Johnson in the morning and directed him to report to the probation office for a random drug test. Mr. Johnson reported to the office as directed; however, after 2 hours and 30 minutes of attempting to submit to a drug test, Mr. Johnson advised he was not able to submit the requested urine sample. Mr. Johnson was then allowed to leave the probation office to attend his substance abuse treatment group at Barth and Associates (Barth). While at Barth, his counselor |

Prob12C
Re: Johnson, Jesse Lee
January 25, 2023
Page 2

collected an oral swab and sent it to their contracted laboratory, Millennum Health, for testing. Results were received January 23, 2023, confirming a positive reading for methamphetamine.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 25, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   Defendant to appear before the Magistrate Judge
[X]   Other the incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

*Edward F. Shea*

Signature of Judicial Officer

January 26, 2023

Date