PROB 12C
(6/16)

Report Date: April 7, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesse Lee Johnson | Case Number: 0980 1:20CR02030-EFS-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Selah, Washington 98942 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: October 25, 2022 | |
| Original Offense: Accessory After the Fact - Carjacking, 18 U.S.C. § 3 | |
| Original Sentence: Prison - 6 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: October 25, 2022 |
| Defense Attorney: Juliana Van Wingerden | Date Supervision Expires: October 24, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 24 (ECF 279), 25 (ECF 282), and April 5, 2023 (ECF 303). A warrant was previously issued by the Court on April 5, 2023.

On November 9, 2022, supervised release conditions were reviewed and signed by Mr. Johnson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Johnson is alleged to be in violation of his supervised release by failing to report to the probation office as directed on April 6, and 7, 2023.<br><br>On April 5, 2023, the Court issued a warrant for Mr. Johnson. This officer contacted Mr. Johnson on that day, and directed him to report to the office on April 6, 2023, by 3 p.m. On April 6, 2023, this officer was contacted by the United States Marshal Service (USMS) advising they were going to be unavailable to assist with taking Mr. Johnson into custody at 3 p.m.; therefore, they requested he report to the office sooner. This officer made telephone contact with Mr. Johnson on April 6, 2023, and asked if he could report to the office by 10:30 a.m. This officer also informed Mr. Johnson the Court issued a warrant. Mr. Johnson agreed to report to the office by 10:30 a.m. At 11 a.m. this officer sent Mr. Johnson |

Prob12C
Re: Johnson, Jesse Lee
April 7, 2023
Page 2

a text message asking where he was. Mr. Johnson stated he was speaking with his attorney and "saying goodbye to my daughter." This officer directed Mr. Johnson to report to the office immediately per the USMS request. Mr. Johnson failed to report.

On April 6, 2023, this officer made telephone contact with Mr. Johnson's mother to inquire if she knew Mr. Johnson's whereabouts. She stated she had not seen Mr. Johnson in 1½ days. She further stated, "when he is doing bad he avoids me and I knew something was going on." His mother further stated, "his daughter does not know about what is going on and will be very upset." She indicated she was going to have her other son take her out to look for Mr. Johnson. This officer advised his mother Mr. Johnson could report on April 7, 2023, by 8 a.m. As of the submission of this report, Mr. Johnson failed to report and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 7, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other   The incorporation of the violations contained in this petition with the other violations pending before this Court.

[X] The defendant to appear before the Magistrate Judge.

Edward F. Shea

Signature of Judicial Officer

April 7, 2023

Date