PROB 12C
(6/16)

Report Date: April 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesse Lee Johnson | Case Number: 0980 1:20CR02030-EFS-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Selah, Washington 98948 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: October 25, 2022 | |
| Original Offense: | Accessory After the Fact - Carjacking, 18 U.S.C. §§ 2119 and 3 |
| Original Sentence: Prison - 6 days<br>Term of Supervised Release - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: October 25, 2022 |
| Defense Attorney: Juliana Van Wingerden | Date Supervision Expires: October 24, 2025 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 24, (ECF 279) and 26, 2023 (ECF 282).

On November 9, 2022, supervised release conditions were reviewed and signed by Mr. Johnson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Johnson is alleged to be in violation of his supervised release conditions for consuming a controlled substance, methamphetamine, on or about March 31, 2023.<br><br>On April 4, 2023, this officer directed Mr. Johnson to report to the probation office for a random drug test. Upon arrival, Mr. Johnson stated he was "sick and going to throw up." Mr. Johnson was directed to remain in the office until providing a urine sample. Mr. Johnson submitted a drug test as directed, which tested presumptive positive for methamphetamine and cocaine. Mr. Johnson then admitted he "smoked" methamphetamine on March 31, 2023, however, denied cocaine use. The sample was sent to Abbott Laboratory for confirmation. |

Prob12C
**Re: Johnson, Jesse Lee**
**April 5, 2023**
**Page 2**

Additionally, Mr. Johnson signed a drug use admission form. As of the submission of this report, results from Mr. Johnson's drug test are pending.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 5, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

April 5, 2023
Date