PROB 12C
(6/16)

Report Date: June 13, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jesse Lee Johnson | Case Number: 0980 1:20CR02030-EFS-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Selah, Washington  98942 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 25, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Accessory After the Fact - Carjacking, 18 U.S.C. § 3 | | |
| Original Sentence: | Prison - 6 days<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: | October 25, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | October 24, 2025 |

### PETITIONING THE COURT

To  incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 24 (ECF 279), January 25 (ECF 282), April 5 (ECF 303), April 7 (ECF 305), and April 11, 2023 (ECF 306).  A warrant was previously issued by the Court on April 5, 2023. Mr. Johnson was arrested on said warrant June 7, 2023.

On November 9, 2022, supervised release conditions were reviewed and signed by Mr. Johnson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition  #1:** You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Johnson is alleged to be in violation of his supervised release conditions by being arrested and charged on a criminal complaint for Conspiracy to Distribute 500 Grams or More of a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846, on June 7, 2023.<br><br>On June 7, 2023, this officer was notified by the Federal Bureau of Investigation (FBI), via telephone, that Mr. Johnson was arrested on the above date by their agency. Mr. Johnson appeared before U.S. Magistrate Judge Alex E. Ekstrom on June 7, 2023, on the above-noted criminal complaint, case 1:23MJ04097-ACE-1. |

Prob12C
Re: Johnson, Jesse Lee
June 13, 2023
Page 2

According to the affidavit in support of criminal complaint, probable cause section (ECF 7), in March 2023, the FBI Safe Streets Task Force used multiple confidential human sources who were cooperating with the FBI to further an investigation into Mr. Johnson in the above-noted new federal case.  Between the dates of April 2023 and May 16, 2023, Mr. Johnson was allegedly involved with facilitating the purchase of methamphetamine with a confidential source. It further notes Mr. Johnson provided the confidential source with multicolored pills, later noted as fentanyl. The confidential source provided Mr. Johnson money for both the pills (fentanyl) and the methamphetamine. It further notes Mr. Johnson also agreed to sell the confidential source a firearm in the future.  During the transaction, the confidential source advised Mr. Johnson had a 9mm handgun in his waistband. The confidential source advised that additional armed subjects were also in the residence.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 13, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

6/14/2023
Date